[No. 20304.  In Bank. — August 29, 1887.]

## THE PEOPLE, APPELLANT, v. JOHN M. HOTZ, RESPONDENT.

NEW TRIAL — ORDER GRANTING — CRIMINAL LAW — VERDICT CONTRARY TO EVIDENCE — DISCRETION. — An order granting a defendant in a criminal prosecution a new trial, on the ground that the evidence is insufficient to support the verdict, is within the sound discretion of the trial court, and will not be disturbed on appeal unless it manifestly appears that its discretion has been abused.

APPEAL from an order of the Superior Court of Sacramento County granting a new trial.

The defendant was convicted of an assault with a deadly weapon with intent to do great bodily harm, and was subsequently granted a new trial. The further facts are stated in the opinion of the court.

*Attorney-General Johnson,* for Appellant.

*John J. West,* for Respondent.

THORNTON, J. — Indictment for an assault with a deadly weapon.

This is an appeal from an order granting the defendant a new trial.

One of the grounds on which the motion for a new trial was made is, that the verdict is contrary to the evidence.

An order granting a new trial on such ground is addressed to the sound discretion of the court, and is never disturbed by this court unless there is a manifest abuse of discretion by the trial court. We find no such abuse here.

We find no error in the refusal of the instruction to which our attention is called.

The order is affirmed.

McFARLAND, J., SEARLS, C. J., SHARPSTEIN, J., TEMPLE, J., McKINSTRY, J., and PATERSON, J., concurred.